MALBONE GARAGE, INC., Respondent, *v.* MEYER MINKIN, Appellant.

Argued October 7, 1947; decided November 13, 1947.

*John P. McGrath* and *Francis A. McGrath* for appellant.
*Malvin T. Davidson* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.